IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01282-DME-BNB

JORGE ALVAREZ,
PEDRO AMAYA,
FERNANDO MARTINEZ, and
FERNANDO BENCOMO,

Plaintiffs,

v.

MOUNTAIN STATES ENGINEERING, INC.,

Defendant.

_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. Consistent with matters discussed this afternoon:

IT IS ORDERED that a supplemental scheduling conference is set for **September 7, 2007, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit, on or before **September 4, 2007**, a revised proposed scheduling order modified consistent with our discussion today.

Dated August 28, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge